UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **NO. 3:01CR286 (RNC)** |
| **v.** | : | |
| | : | **NOVEMBER 15, 2004** |
| **CHARLES J. HOBLIN** | : | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The undersigned counsel for Charles J. Hoblin respectfully moves this Court to continue the sentencing in the above-entitled action, currently scheduled for December 3, 2004 @ 11:00pm for thirty days until January 3, 2005 for the following reasons:

1) Given the unsettled legal environment created through the United States Supreme Court consideration of *Blakely v. Washington* as well as the anticipated decisions in *United States v. Booker* and *United States v. Fanfan*, the undersigned submits that a continuance of this case to early January 2005 would serve the interests of justice.

2) By early 2005, the dust will have settled as to the legal implications of *Booker* and *Fanfan*, whatever that may be, and this sentencing can take place without further delay.

The undersigned has contacted Asisstant United States Attorney Calvin B. Kurimai, and he does not consent to this extension request.

                              RESPECTFULLY SUBMITTED
                              CHARLES J. HOBLIN

                   By  /s/ Frank J. Riccio          .
                        FRANK J. RICCIO
                        LAW OFFICES OF FRANK J. RICCIO LLC
                        923 EAST MAIN STREERT
                        PO BOX 491
                        BRIDGEPORT CT 06601-0491
                        (203) 333-6135 (phone)
                        (203) 333-6190 (fax)
                        Fed Bar #CT 00148
                        www.ricciolaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed to: Calvin B. Kurimai, Esq., Assistant United States Attorney, United States District Court, District of Connecticut, 157 Church Street, 23rd Floor, New Haven, CT 06510; to Otto Rothi, United States Probation Officer, United States Courthouse, 450 Main Street, Room 735, Hartford, CT 06103; and a complimentary chambers copy to the Honorable Robert N. Chatigny, U.S.D.J., United States District Courthouse, 450 Main Street, Hartford, CT 06106.

By  /s/ Frank J. Riccio                  .
    FRANK J. RICCIO
    LAW OFFICES OF FRANK J. RICCIO LLC