UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO. 3:01CR286 (RNC) |
| v. : | |
| : | NOVEMBER 15, 2004 |
| CHARLES J. HOBLIN : | |

## WAIVER OF SPEEDY SENTENCING

I, charles j. hoblin, the Defendant in the above-entitled action, having waived my rights under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Local Speedy Trial Plan for the District of Connecticut, agree that my sentencing currently scheduled for December 3, 2004 be continued for an additional thirty (30) days.

_____        *11-15-04*
CHARLES J. HOBLIN                                  DATE

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to: Calvin B. Kurimai, Esq., Assistant United States Attorney, United States District Court, District of Connecticut, 157 Church Street, 23rd Floor, New Haven, CT 06510; to Otto Rothi, United States Probation Officer, United States Courthouse, 450 Main Street, Room 735, Hartford, CT 06103; and a complimentary chambers copy to the Honorable Robert N. Chatigny, U.S.D.J., United States District Courthouse, 450 Main Street, Hartford, CT 06106.

_____
FRANK J. RICCIO
LAW OFFICES OF FRANK J. RICCIO LLC