*November 17, 2004. Granted. The sentencing is hereby rescheduled to January 5, 2005 at 9:30 a.m. So ordered.*

*Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | NO. 3:01CR286 (RNC) |
| CHARLES J. HOBLIN : | NOVEMBER 15, 2004 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The undersigned counsel for Charles J. Hoblin respectfully moves this Court to continue the sentencing in the above-entitled action, currently scheduled for December 3, 2004 @ 11:00pm for thirty days until January 3, 2005 for the following reasons:

1) Given the unsettled legal environment created through the United States Supreme Court consideration of *Blakely v. Washington* as well as the anticipated decisions in *United States v. Booker* and *United States v. Fanfan*, the undersigned submits that a continuance of this case to early January 2005 would serve the interests of justice.

2) By early 2005, the dust will have settled as to the legal implications of *Booker* and *Fanfan*, whatever that may be, and this sentencing can take place without further delay.

The undersigned has contacted Asisstant United States Attorney Calvin B. Kurimai, and he does not consent to this extension request.

RESPECTFULLY SUBMITTED
CHARLES J. HOBLIN

By _____
FRANK J. RICCIO
LAW OFFICES OF FRANK J. RICCIO LLC
923 EAST MAIN STREERT
PO BOX 491
BRIDGEPORT CT 06601-0491
(203) 333-6135 (phone)
(203) 333-6190 (fax)
Fed Bar #CT 00148
www.ricciolaw.com