UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:01CR286(RNC) |
| v. | : | |
| CHARLES J. HOBLIN | : | November 18, 2004 |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance as co-counsel for the plaintiff, United States of America, in the above-captioned case. Assistant United States Attorney Calvin B. Kurimai's appearance is on the record as lead attorney for the plaintiff.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    LISA E. PERKINS
    ASSISTANT UNITED STATES ATTORNEY
    450 MAIN STREET
    HARTFORD, CONNECTICUT 06103
    (860) 947-1101
    FEDERAL BAR NO. ct23164
    lisa.perkins@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 18th day of November, 2004, to:

Frank J. Riccio, Esq.
923 Main Street
P.O. Box 491
Bridgeport, CT 06601

_____
LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY