UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | NO. 3:01CR00286(RNC) |
| v.    : | |
| : | DECEMBER 28, 2004 |
| CHARLES J. HOBLIN   : | |

### SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

**I.     INTRODUCTION**

The Defendant, Charles Joseph Hoblin, respectfully files this supplemental memorandum as an aid to the Court in sentencing currently scheduled for Wednesday, January 5, 2005 in the United States District Court in Hartford, Connecticut in front of the Honorable Robert N. Chatigny, U.S.D.J.  Based upon recent medical testing that the Defendant has undergone by Edward I. Winokur, MD of Harbor Medical Associates in Clinton, CT, it appears that Mr. Hoblin has extraordinary medical problems that would make him eligible for a § 5H1.4 downward departure due to his deteriorating medical conditions.  New medical evidence has come to light which demonstrates his severe medical problems.  A copy of the one-page letter from Dr. Winokur has been attached to this supplemental memorandum.

Pursuant to § 5H1.4, extraordinary physical impairment may be a reason to depart downward from the otherwise applicable Guidelines range.  It is submitted that this newly presented evidence is substantial enough for the Court to sentence Mr. Hoblin below the Guidelines range and/or sentence him to home confinement.  As §5H1.4 states, in certain circumstances with seriously infirm defendants, "home detention may be as efficient as, and less costly than, imprisonment."  Such is the state of affairs in this case.

Respectfully submitted this 28th day of December, 2004.

1

Respectfully submitted,

THE DEFENDANT
CHARLES JOSEPH HOBLIN


By  /s/  Frank J. Riccio                .
    FRANK J. RICCIO
    Attorney for the Defendant
    Law Offices of Frank J. Riccio LLC
    P.O. Box 491
    Bridgeport, CT 06601
    Fed Bar # 00148
    (203) 333-6135 (phone)
    (203) 333-6190 (fax)


**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 28, 2004 to: Calvin Kurimai, Esq., Assistant US Attorney, Office of the United States Attorney, 157 Church Street, 23rd Floor, New Haven, Connecticut, 06510; Lisa Perkins, Esq., Assistant US Attorney, Office of the United States Attorney, 157 Church Street, 23rd Floor, New Haven, Connecticut, 06510, to Otto Rothi, United States Probation Officer, United States Courthouse, 450 Main Street, Room 735, Hartford, CT 06103; and a complimentary chambers copy to the Honorable Robert N. Chatigny, U.S.D.J., United States District Courthouse, 450 Main Street, Hartford, CT 06106.


By  /s/  Frank J. Riccio                .
    FRANK J. RICCIO
    LAW OFFICES OF FRANK J. RICCIO LLC

# Harbor Medical Associates, L.L.C.

27 Commerce Street
Clinton, CT   06413

Edward I. Winokur, M.D.
Internal Medicine/Respiratory Diseases

Phone (860) 669-8659
Fax :   (860) 669-4382

Attorney Frank J Riccio
P.O. Box 491
Bridgeport, CT 06601

December 27, 2004

Re: Charles Hoblin
DOB: 2/27/33

Dear Attorney Riccio:

I had the opportunity of evaluating Mr. Hoblin for his medical condition that I feel has a direct bearing on his case.  Mr. Hoblin has severe vascular disease as a consequence of long standing Diabetes Mellitus.  He has developed many sequellae of his diabetes including: peripheral vascular disease of the legs with exercise induced pain, coronary artery disease as evidenced by his previous multivascular coronary artery bypass surgery and carotid artery disease with diminished carotid blood flow to the brain.  This diminished cerebral blood flow and evidence of diffuse vascular disease would raise the probability of cerebral small vessel disease which would explain his decreasing memory.  He is presently taking Aricept, prescribed by another physician, for his deteriorating memory and possible early Alzheimer's dementia.

These vascular findings are not uncommon in Diabetes and frequently deteriorate with time.  These clinical findings should be considered when legally evaluating Mr. Hoblin.

Should further information be necessary, please feel free to contact me.

Sincerely,

Edward I. Winokur, M.D.