

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2005 FEB 14 A 11: 27
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 3:01CR286 (RNC) |
| V. | : | |
| | : | FEBRUARY 11, 2005 |
| CHARLES J. HOBLIN | : | |

### EMERGENCY MOTION TO DELAY SELF-SURRENDER

On January 5, 2005, the Honorable Robert N. Chatigny sentenced the Defendant and further ordered the Defendant to voluntarily surrender on Monday, 2/14/05 either to a place designated by the Bureau of Prisons or to the U.S. Marshal for the District of Connecticut.

The undersigned has been attempting to determine the place of designation this entire week (the week of February 7, 2005.), and as of Friday, February 11, 2005 no such designation has been received from the Bureau of Prisons.

The Defendant is 71 years of age and is not in the best of health. It is requested that a reporting date be extended for a period not to exceed 30 days within which it is hoped that the Bureau of Prisons will designate a specific location for Mr. Hoblin to which he can self-surrender. To place a 71 year old man "in transit" for a substantial period of time before he arrives at his ultimate designation would be an extreme hardship upon him.

The undersigned has contacted Assistant U.S. Attorney Calvin B. Kurimai, and he has no

---

February 14, 2005.  United States of America v. Charles J. Hoblin
                    Case Number 3:01CR286(RNC)

Re: Emergency Motion to Delay Self-Surrender [doc. #45]

Granted absent objection. The defendant will voluntarily surrender to the U.S. Marshal for this district, or at such other time and place as designated by the Bureau of Prisons on Monday, March 14, 2005. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED
2005 FEB 15 A 8: 35
U.S. DISTRICT COURT
HARTFORD, CT.