UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : NO. 3:01CR286(RNC) |
| CHARLES J. HOBLIN | : MARCH 11, 2005 |

### SUBSEQUENT MOTION TO DELAY SELF-SURRENDER

On January 5, 2005, the Honorable Robert N. Chatigny sentenced the Defendant and further ordered the Defendant to voluntarily surrender on Monday, 2/14/05 either to a place designated by the Bureau of Prisons or to the U.S. Marshall for the District of Connecticut.

Originally, the self-surrender date was February 14, 2005. The Court had extended that date until March 14, 2005.

The U.S. Marshals Office in New Haven has been attempting to secure the designated place of surrender from the Bureau of Prisons since at least February 11, 2005. As of the date of this motion, no designation has been communicated to the Marshal's Office in New Haven.

It is respectfully requested that the Court extend for an additional period of 30 days until the designation is forthcoming from the Bureau of Prisons.

The undersigned has contacted Assistant U.S. Attorney Calvin B. Kurimai, and he has no objection to this request.

THE DEFENDANT
CHARLES J. HOBLIN


By  /s/   Frank J. Riccio                      .
   FRANK J. RICCIO
   LAW OFFICES OF FRANK J. RICCIO LLC
   P.O. Box 491
   BRIDGEPORT CT 06601-0491
   (203) 333-6135 (Home)
   (203) 333-6190 (Fax)
   Fed. Bar #CT 00148

## **CERTIFICATION**

This is to certify that a copy of the foregoing was faxed to: 1 (860) 240-3211, Linda Kunofsky, Court Room Clerk for the Honorable Robert N. Chatigny, U.S.D.J., U.S. District Court House, 450 Main Street, Hartford, CT 06106 and mailed to: Calvin B. Kurimai, Asst. U.S. Attorney, U.S. District Court, District of Connecticut, 157 Church Street, 23rd fl., New Haven, CT 06510 and Otto Rothi, U.S. Probation Officer, U.S. Courthouse, 450 Main Street, Room 735, Hartford, CT 06103 on March 11, 2005.

By  /s/   Frank J. Riccio                      .
   FRANK J. RICCIO
   LAW OFFICES OF FRANK J. RICCIO LLC
