UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA            :

V.                                  :   NO. 3:01CR286(RNC)

CHARLES J. HOBLIN                   :   MARCH 11, 2005

### SUBSEQUENT MOTION TO DELAY SELF-SURRENDER

On January 5, 2005, the Honorable Robert N. Chatigny sentenced the Defendant and further ordered the Defendant to voluntarily surrender on Monday, 2/14/05 either to a place designated by the Bureau of Prisons or to the U.S. Marshall for the District of Connecticut.

Originally, the self-surrender date was February 14, 2005. The Court had extended that date until March 14, 2005.

The U.S. Marshals Office in New Haven has been attempting to secure the designated place of surrender from the Bureau of Prisons since at least February 11, 2005. As of the date of this motion, no designation has been communicated to the Marshal's Office in New Haven.

It is respectfully requested that the Court extend for an additional period of 30 days until the designation is forthcoming from the Bureau of Prisons.

---

March 11, 2005.    United States of America v. Charles J. Hoblin
                   Case Number 3:01CR286(RNC)

Re: Subsequent Motion to Delay Self-Surrender

Granted absent objection. The defendant will voluntarily surrender to the U.S. Marshal for this District on Monday, April 14, 2005 or at such other time and place as designated by the Bureau of Prisons. So ordered.

Robert N. Chatigny, /U.S.D.J.